# EXHIBIT A



# keeper

| | |
|---|---|
| **Reg. No. 3,965,190** | CALLPOD, INC. (ILLINOIS CORPORATION) |
| **Registered May 24, 2011** | 850 W. JACKSON BLVD, STE 260<br>CHICAGO, IL 60607 |
| **Int. Cl.: 9** | FOR: COMPUTER SOFTWARE FOR USE WITH COMPUTERS AND MOBILE TELEPHONES, FOR ELECTRONIC STORAGE AND ENCRYPTION OF PASSWORDS AND PRIVATE DATA, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38). |
| **TRADEMARK** | FIRST USE 1-1-2009; IN COMMERCE 1-1-2009. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NO. 3,719,919. |
| | SEC. 2(F). |
| | SER. NO. 85-118,630, FILED 8-30-2010. |
| | BARBARA A. GOLD, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office

# TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Callpod Inc. | | 11/01/2011 | CORPORATION: ILLINOIS |

**RECEIVING PARTY DATA**

| Name: | Keeper Security, Inc. |
|---|---|
| Street Address: | 850 W Jackson Blvd |
| Internal Address: | Suite 400 |
| City: | Chicago |
| State/Country: | ILLINOIS |
| Postal Code: | 60607 |
| Entity Type: | CORPORATION: ILLINOIS |

**PROPERTY NUMBERS Total: 3**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3995241 | PASSWORD KEEPER |
| Registration Number: | 3965190 | KEEPER |
| Registration Number: | 3719919 | @ KEEPER |

**CORRESPONDENCE DATA**

Fax Number: (312)829-2971
Phone: 312-829-2680
Email: accounting@callpod.com
Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent via US Mail.
Correspondent Name: Keeper Security Inc.
Address Line 1: 850 W Jackson Blvd
Address Line 2: Suite 400
Address Line 4: Chicago, ILLINOIS 60607

| NAME OF SUBMITTER: | Darren Guccione |
|---|---|

OP $90.00 3995241

900207592

TRADEMARK
REEL: 004664 FRAME: 0252

| Signature: | /1234/ |
|---|---|
| Date: | 11/21/2011 |

Total Attachments: 10
source=ContributionAgreementKeeperCallpod#page1.tif
source=ContributionAgreementKeeperCallpod#page2.tif
source=ContributionAgreementKeeperCallpod#page3.tif
source=ContributionAgreementKeeperCallpod#page4.tif
source=ContributionAgreementKeeperCallpod#page5.tif
source=ContributionAgreementKeeperCallpod#page6.tif
source=ContributionAgreementKeeperCallpod#page7.tif
source=ContributionAgreementKeeperCallpod#page8.tif
source=ContributionAgreementKeeperCallpod#page9.tif
source=ContributionAgreementKeeperCallpod#page10.tif