**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KEEPER SECURITY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-01043 |
| | ) | |
| KEEPER TAX INC., | ) | Hon. LaShonda A. Hunt |
| | ) | Mag. Judge Maria Valdez |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff, Keeper Security, Inc., and Defendant, Keeper Tax Inc., hereby submit this Joint Status Report pursuant to the Court's Minute Order of April 28, 2023. (Docket No. 17). In the Minute Order the Court directed the parties to submit a Status Report "detailing their discovery process and the prospects of settlement."

1. **Status of Discovery.** Keeper Security, Inc. served its initial set of interrogatories and document requests on May 12, 2023. Keeper Tax Inc. served its initial set of interrogatories and document requests on May 19, 2023. The Court entered a Confidentiality Order on June 20, 2023. (Docket No. 21). Keeper Tax Inc. served its initial responses to paper discovery and produced documents on June 23, 2023. Keeper Security, Inc. is scheduled to respond to discovery and produce documents on June 30, 2023. The parties intend to proceed with depositions after they have had an opportunity to review the initial discovery responses and review documents that have been produced in the case. The parties will work together to schedule depositions. At this time, the parties see no reason that fact discovery cannot close on October 20, 2023 as set forth in the Scheduling Order. (Docket No. 17).

- 2 -

2. **Prospects of Settlement.** The parties engaged in an initial round of settlement discussions. The parties were not able to reach a settlement.

Dated: June 28, 2023

Respectfully submitted,

| | |
|---|---|
| ATTORNEY FOR<br>KEEPER SECURITY, INC. | ATTORNEY FOR<br>KEEPER TAX INC. |
| /s/ Dean D. Niro<br>Dean D. Niro<br>(dniro@vvnlaw.com)<br>Vitale, Vickrey, Niro, Solon & Gasey LLP<br>311 S. Wacker Drive, Suite 2470<br>Chicago, IL 60606<br>(312) 236-0733 | /s/ Mark R. Bagley (by permission)<br>Mark R. Bagley<br>(mark@toplinlaw.com )<br>Tolpin & Partners, PC<br>30 N. LaSalle Street, Suite 1510<br>Chicago, IL 60602<br>Phone: (312) 698-897 |
| ***Attorney for Plaintiff Keeper Security, Inc.*** | ***Attorney for Defendant Keeper Tax Inc.*** |