## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Keeper Security, Inc.

                        Plaintiff,

v.                                                 Case No.: 1:23–cv–01043

                                                Honorable LaShonda A. Hunt

Keeper Tax Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 27, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Jury trial held. Evidence admitted. Jury deliberations began and concluded. Jury verdict returned. Jury finds as follows: (1) Plaintiff Keeper Security, Inc. did not prove by a preponderance of the evidence that Defendant Keeper Tax Inc. is liable for trademark infringement for its use of the terms "Keeper" or "Keeper Tax"; (2) Plaintiff did not prove by a preponderance of the evidence that Defendant willfully infringed Plaintiff's trademark; and (3) punitive damages are not appropriate. Jury polled. The parties previously stipulated that if Plaintiff fails to establish Defendant's liability under Count 1 (Trademark Infringement under Lanham Act &#167; 32(a)), then Defendant is not liable under Count 2 (Unfair Competition and False Designation of Origin under Lanham Act § 43(a)), Count 4 (Common Law Trademark Infringement and Unfair Competition), Count 5 (Violation of the Illinois Deceptive Trade Practices Act), or Count 6 (Unjust Enrichment) [96]. In addition, the Court previously entered partial summary judgment in favor of Defendant on Count 3 (Trademark Dilution under Lanham Act § 43(c)) [77]. Accordingly, the clerk is directed to enter judgment in favor of Defendant Keeper Tax Inc. and against Plaintiff Keeper Security, Inc. on all counts of the Complaint [1]. As discussed, the parties must file copies of all exhibits admitted at trial on the docket by 10/4/24. Any post−trial motions are due by 10/28/24; responses are due by 11/18/24; replies are due by 12/2/24. The parties' respective oral motions for judgment as a matter of law under Federal Rule of Civil Procedure 50(a) are taken under advisement and will be ruled on by mail with any post−trial motions. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.