# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Keeper Security, Inc.,

    Plaintiff,

v.

Keeper Tax Inc.,

    Defendant.

Case No. 23 C 1043

Hon. LaShonda A. Hunt

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $    ,

    which ☐ includes    pre–judgment interest.
           ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s) .

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendant Keeper Tax Inc. and against Plaintiff Keeper Security, Inc. on all counts of the Complaint [1].

This action was *(check one)*:

☒ tried by a jury with Judge LaShonda A. Hunt presiding, and the jury has rendered a verdict as to Count 1 (and Counts, 2, 4, 5, and 6 by stipulation).
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge LaShonda A. Hunt on a motion for partial summary judgment as to Count 3.

Date: September 30, 2024        Thomas G. Bruton, Clerk of Court
                                              Carolyn Hoesly, Deputy Clerk