IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEEPER SECURITY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-01043 |
| | ) | |
| KEEPER TAX INC., | ) | Hon. LaShonda A. Hunt |
| | ) | Mag. Judge Maria Valdez |
| Defendant. | ) | |

**SUBMISSION OF PLAINTIFF'S ADMITTED TRIAL EXHIBITS**

Plaintiff, Keeper Security, Inc., submits and pursuant to the Court's Docket Entry of September 27, 2024, directing the parties to "file copies of all exhibits admitted at trial on the docket" (Dkt. 121), hereby files the following Plaintiff's exhibits that were admitted at trial:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX1 | TM Registration [Keeper000001-5] |
| PX2 | Keeper Tax Webpages [KTX048-51] |
| PX5 | Apple Store Preview- keeper [KTX110-111] |
| PX6 | Google Play Store – keeper [KTX113-115] |
| PX8 | Keeper Tax website [KTX0079-87] |
| PX12 | Keeper Website |
| PX14 | Renaming Memo [KTX198] |
| PX16 | Renaming Memo [KTX202-203] |
| PX17 | Slack Notes – Renaming Memo [KTX286-289] |
| PX19 | Keeper-Apple Search |
| PX20 | Keeper-Google Search |
| PX21 | Miro-Naming Exercise [KTX142-160] |
| PX27 | P&L Statement [KTX120-21] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX28 | P&L Statement [KTX00122] |
| PX38 | YouTube Ads [KTX100-102] |
| PX41 and PX41A | Current Keeper Website [Keepersecurity.com] <br> *Note: PX41(A) is a video file being submitted to the clerk's office* |
| PX47 | Google Play-keeper |
| PX48 | Google-keeper |
| PX54 | Keeper Tax P&L 2020 [KTX0436] |
| PX57 | Keeper Tax P&L 2023 [KTX441] |
| PX60 | Keeper Tax P&L 23-24 [KTX449] |
| PX64 | Billboard Photo [Keeper591] |
| PX65 | Billboard Photo [Keeper592] |
| PX79 | Keeper Marketing and Advertising Expenses [Keeper001517-1518] |
| PX99 | Keeper Customer Support Log [Keeper01519] |
| PX102 | Keeper Support Tickets [Keeper100-156] |
| PX105 | Keeper Google Play [Keeper298-302] |
| PX111 | Keeper ad [Keeper375-83] |
| PX112 | Keeper ad [Keeper384-97] |
| PX113 | Keeper ad [Keeper411-18] |
| PX114 | Keeper ad [Keeper511-12] |
| PX125 | Keeper support call recording [Keeper599] <br> *Note: PX125 is an audio file being submitted to the clerk's office* |
| PX131 | Keeper support call recording [Keeper605] <br> *Note: PX131 is an audio file being submitted to the clerk's office* |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX135 | Keeper support call recording [Keeper609] *Note: PX135 is an audio file being submitted to the clerk's office* |
| PX143 | Keeper support call recording [Keeper617] *Note: PX143 is an audio file being submitted to the clerk's office* |
| PX145 | Keeper support call recording [Keeper619] *Note: PX145 is an audio file being submitted to the clerk's office* |
| PX150 | Keeper support call recording [Keeper624] *Note: PX150 is an audio file being submitted to the clerk's office* |
| PX151 | Keeper support call recording [Keeper625] *Note: PX151 is an audio file being submitted to the clerk's office* |
| PX154 | Keeper support call recording [Keeper628] *Note: PX154 is an audio file being submitted to the clerk's office* |
| PX155 | Keeper support ticket [Keeper1023-1514] |
| PX160 | Keeper G2 Best Software Award [Keeper640] |
| PX161 | Keeper Global InfoSec Awards 2022 [Keeper641-644] |
| PX178 | Keepersecurity.com [Keeper400-411] |
| PX193 | Updated Gemini Schedule 2 |
| PX194 | Updated Gemini Schedule 3 |
| PX195 | Updated Gemini Schedule 4 |
| PX196 | Updated Gemini Schedule 5 |
| PX200 | SEMRush Report for Keepertax.com [Keeper1590-1595] |
| PX201 | Keeper Tax File History – Cancellation Proceeding |
| PX203 | Apple App Store Ranking [Keeper1534-1535] |
| PX204A | Google Play Store [Keeper1532-1533] |
| PX208 And PX208A | Keeper Website *Note: PX208(A) is a video file being submitted to the clerk's office* |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX211B | B2C, B2B Users [Keeper675] |
| PX214 | Website Users [Keeper 678] |
| PX215 | Keeper Williams racing Webpage [Keeper1571-1579] |

Plaintiff is working with the clerk's office to submit the video and audio files as part of the record: PX41(A), PX125, PX131, PX135, PX143, PX145, PX150, PX151, PX154 and PX208(A).

Dated: October 4, 2024

    Respectfully submitted,

    /s/Dean D. Niro
    Dean D. Niro (dniro@vvnlaw.com)
    Nicholas Niro (nniro@vvnlaw.com)
    Vitale, Vickrey, Niro, Solon & Gasey LLP
    311 S. Wacker Drive, Suite 2470
    Chicago, IL 60606
    (312) 236-0733
    (312) 236-3137 Facsimile

    ***Attorneys for Plaintiff Keeper Security, Inc.***