| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-06-29 16:20:48 EDT |
| **Mark:** | KEEPER |

keeper

| | | | |
|---|---|---|---|
| **US Serial Number:** | 85118630 | **Application Filing Date:** | Aug. 30, 2010 |
| **US Registration Number:** | 3965190 | **Registration Date:** | May 24, 2011 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Jul. 30, 2020 | | |
| **Publication Date:** | Mar. 08, 2011 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | KEEPER |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Acquired Distinctiveness Claim:** | In whole |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 3719919 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Computer software for use with computers and mobile telephones, for electronic storage and encryption of passwords and private data | | |
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 01, 2009 | **Use in Commerce:** | Jan. 01, 2009 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |



PLAINTIFF'S EXHIBIT 1

KEEPER000001

| | | | |
|---|---|---|---|
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** KEEPER SECURITY, INC.
**Owner Address:** SUITE 400
820 W JACKSON BLVD
CHICAGO, ILLINOIS UNITED STATES 60607
**Legal Entity Type:** CORPORATION  **State or Country Where Organized:** ILLINOIS

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** KEEPER SECURITY, INC.
SUITE 400
820 W JACKSON BLVD
Chicago, ILLINOIS UNITED STATES 60607
**Phone:** 3128971181
**Correspondent e-mail:** accounting@keepersecurity.com  **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 30, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jul. 30, 2020 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 76874 |
| Jul. 30, 2020 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76874 |
| Jul. 30, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76874 |
| May 28, 2020 | TEAS SECTION 8 & 9 RECEIVED | |
| May 24, 2020 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Oct. 26, 2019 | SEC. 15 ACKNOWLEDGEMENT - E-MAILED | |
| Oct. 26, 2019 | REGISTERED - SEC. 15 ACKNOWLEDGED | 75184 |
| Oct. 21, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75184 |
| Aug. 15, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 15, 2019 | TEAS SECTION 15 RECEIVED | |
| Aug. 13, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | |
| Aug. 13, 2016 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | 66607 |
| Aug. 13, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 66607 |
| Aug. 02, 2016 | TEAS SECTION 8 RECEIVED | |
| Aug. 02, 2016 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 24, 2016 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Apr. 12, 2016 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 27, 2015 | NOTICE OF SUIT | |
| Nov. 23, 2011 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| May 24, 2011 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 08, 2011 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 08, 2011 | PUBLISHED FOR OPPOSITION | |
| Jan. 28, 2011 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 66121 |
| Jan. 24, 2011 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 24, 2011 | EXAMINER'S AMENDMENT ENTERED | 88888 |

| Date | Action | Code |
|---|---|---|
| Jan. 24, 2011 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jan. 24, 2011 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jan. 24, 2011 | EXAMINERS AMENDMENT -WRITTEN | 66384 |
| Jan. 12, 2011 | TEAS/EMAIL CORRESPONDENCE ENTERED | 66121 |
| Jan. 12, 2011 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 66121 |
| Jan. 11, 2011 | ASSIGNED TO LIE | 66121 |
| Jan. 11, 2011 | ASSIGNED TO LIE | 68123 |
| Dec. 16, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 14, 2010 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 14, 2010 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 14, 2010 | NON-FINAL ACTION WRITTEN | 66384 |
| Dec. 14, 2010 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 14, 2010 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 14, 2010 | NON-FINAL ACTION WRITTEN | 66384 |
| Dec. 12, 2010 | ASSIGNED TO EXAMINER | 66384 |
| Sep. 02, 2010 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Sep. 02, 2010 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE   **Date in Location:** Jul. 30, 2020

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1   **Registrant:** Callpod, Inc.

### Assignment 1 of 1

**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Reel/Frame:** 4664/0252   **Pages:** 12
**Date Recorded:** Nov. 21, 2011
**Supporting Documents:** assignment-tm-4664-0252.pdf

**Assignor**

**Name:** CALLPOD INC.   **Execution Date:** Nov. 01, 2011
**Legal Entity Type:** CORPORATION   **State or Country Where Organized:** ILLINOIS

**Assignee**

**Name:** KEEPER SECURITY, INC.
**Legal Entity Type:** CORPORATION   **State or Country Where Organized:** ILLINOIS
**Address:** 850 W JACKSON BLVD
SUITE 400
CHICAGO, ILLINOIS 60607

**Correspondent**

**Correspondent Name:** KEEPER SECURITY INC.
**Correspondent Address:** 850 W JACKSON BLVD
SUITE 400
CHICAGO, IL 60607

**Domestic Representative - Not Found**

## Proceedings

**Summary**

**Number of** 1

**Proceedings:**

## Type of Proceeding: Cancellation

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 92082412 | **Filing Date:** | May 25, 2023 |
| **Status:** | Pending | **Status Date:** | May 25, 2023 |
| **Interlocutory Attorney:** | YONG OH (RICHARD) KIM | | |

### Defendant

| | |
|---|---|
| **Name:** | Keeper Tax, INc. |
| **Correspondent Address:** | KEEPER TAX, INC.<br>22 VICKSBURG ST<br>SAN FRANCISCO CA UNITED STATES , 94114 |
| **Correspondent e-mail:** | paul@keepertax.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KEEPER | | 97117952 | 7056960 |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Keeper Security, Inc. |
| **Correspondent Address:** | DEAN D. NIRO<br>VITALE, VICKREY, NIRO, SOLON & GASEY LLP<br>311 S. WACKER DR., SUITE 2470<br>CHICAGO IL UNITED STATES , 60606 |
| **Correspondent e-mail:** | dniro@vvnlaw.com , swierk@vvnlaw.com , nniro@vvnlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KEEPER | | 85118630 | 3965190 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 3 | INSTITUTED | May 25, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 25, 2023 | Jul 04, 2023 |
| 1 | FILED AND FEE | May 25, 2023 | |



# keeper

| | |
|---|---|
| **Reg. No. 3,965,190** | CALLPOD, INC. (ILLINOIS CORPORATION) |
| **Registered May 24, 2011** | 850 W. JACKSON BLVD, STE 260<br>CHICAGO, IL 60607 |
| **Int. Cl.: 9** | FOR: COMPUTER SOFTWARE FOR USE WITH COMPUTERS AND MOBILE TELEPHONES, FOR ELECTRONIC STORAGE AND ENCRYPTION OF PASSWORDS AND PRIVATE DATA, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 1-1-2009; IN COMMERCE 1-1-2009. |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,719,919.

SEC. 2(F).

SER. NO. 85-118,630, FILED 8-30-2010.

BARBARA A. GOLD, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office