Case: 1:23-cv-01043 Document #: 129-2 Filed: 10/04/24 Page 1 of 4 PageID #:3098



PLAINTIFF'S
EXHIBIT

2
_____

KTX00048

Case: 1:23-cv-01043 Document #: 129-2 Filed: 10/04/24 Page 2 of 4 PageID #:3099

## hidden tax breaks

Keeper's algorithms search through your transaction history to uncover easy-to-miss tax deductible business expenses and other tax breaks. It takes just 45 seconds!



- ⊘ Business write-offs look good
- ⊘ Tax forms correctly inputted
- ⊘ Investments look good
- ⊘ CA State return looks good
- ⊘ Ready to file!

**Send to IRS**

# File your taxes, right from the app

Keeper supports all types of income – W-2, 1099, Investments, you name it. Simply upload your forms and we'll take care of the rest. Tax returns filed through Keeper are professionally prepared meaning that every return gets reviewed and signed by a tax professional before submission to the IRS.

# Easier. Faster. More magical.

| IRS + all 50 states | Personalized | Automated write-offs |
| --- | --- | --- |

**keeper** +

KTX00049

Case: 1:23-cv-01043 Document #: 129-2 Filed: 10/04/24 Page 3 of 4 PageID #:3100





## Transparent pricing with no upsells

Regardless of what types of income or deductions you have.
Includes Federal, State, accountant support, and complete audit protection.

$\$192$

## People love Keeper

Here are a few of our thousands of 5-star reviews.

KTX00050

Case: 1:23-cv-01043 Document #: 129-2 Filed: 10/04/24 Page 4 of 4 PageID #:3101

### Super helpful for 1099 workers

I was so afraid trusting a cpa to get me the max write offs for first year as a 1099 worker keeper taxed helped me feel confident that everything that was deductible I was able to claim.

★★★★★

### Wow

I am so glad to have KeeperTax ready ( and I mean READY) to help me with figuring out what a tax write off might be or what a personal expense might be. They are very helpful and quick to help you.

★★★★★

### very happy

best app ever for someone who tracks their expanses and files 1099. made my life a lot easier now furring tax season

★★★★★

### Sup
inco

Plain
ever

★★

### Easy peasy

As my 4 yr old would put it that was easy peasy. Tax keeper has really helped me stay organized and has saved me valuable time with excess paperwork!

★★★★★

### Amazing & Necessary App

The least intimidating app—so clear and easy to follow in a step-by-step process. What is probably most reassuring is that someone will review my filed taxes before finalizing and submission to IRS.

★★★★★

### wOOOOOOOOw

i never review apps but this made filing so easy. i thought i was going to owe money and ended up getting money refunded

★★★★★

### Great a
so. frkn.

★★★★★

## keeper ✨

333 Hayes Street, San Francisco

Get Started

We're hiring!

Email customer support

Affiliate program

Partnership program

Free tax resources

Quarterly tax calculator

Ask an accountant

Tax bill calculator

Tax rate calculator

Tax deduction finder

Media kit

Terms of Service

Privacy Policy

Copyright © 2022 Keeper Tax Inc. All Rights Reserved.

   

KTX00051