IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEEPER SECURITY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  1:23-cv-01043 |
| | ) | |
| KEEPER TAX INC., | ) | Hon. LaShonda A. Hunt |
| | ) | Mag. Judge Maria Valdez |
| Defendant. | ) | |

**PLAINTIFF KEEPER SECURITY INC.'S MOTION FOR JUDGMENT
AS A MATTER OF LAW PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 50(b)**

Plaintiff, Keeper Security, Inc. ("Keeper" or "Plaintiff"), hereby moves pursuant to U.S.C. Fed. R. Civ. Proc. 50(b) for judgment as a matter of law.  Based on the overwhelming unrebutted evidence presented by Plaintiff, no rational juror could have found for the Defendant Keeper Tax, Inc. ("Keeper Tax" or "Defendant") on the issue of trademark infringement.  *Campbell v. Miller,* 499 F.3d 711, 719 (7th Cir. 2007).  Therefore, Plaintiff respectfully requests that this Court vacate the jury verdict reached in this case. In the alternative, Plaintiff respectfully requests that this Court grant a new trial.

Dated: October 28, 2024

Respectfully submitted,

/s/      *Dean D. Niro*
Dean D. Niro (dniro@vvnlaw.com)
Nicholas Niro (nniro@vvnlaw.com)
Vitale, Vickrey, Niro, Solon & Gasey LLP
311 S. Wacker Drive, Suite 2470
Chicago, IL 60606
(312) 236-0733
(312) 236-3137 Facsimile

**Attorneys for Plaintiff Keeper Security, Inc.**